UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-24578-CIV-LENARD/O'SULLIVAN

ROXANA DOWNS,
    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion to Compel Arbitration (DE# 6, 1/18/12). Rule 7.1(c) of the Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part, that: "[e]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**." S.D. Fla. L.R. 7.1(c) (emphasis added). To date the plaintiff has not filed a response to the instant motion. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant's Motion to Compel Arbitration (DE# 6, 1/18/12) on or before **Monday, February 27, 2012**. The failure to file a response may result in a recommendation that the Defendant's Motion to Compel Arbitration (DE# 6, 1/18/12) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **13th** day of February, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record